1

2  David L. Ross (FL BAR 337110)
   Law Offices of David L. Ross, P.A.
3  9454 Wilshire Blvd., Penthouse Suite
   Beverly Hills, CA 90212
4  MAILING ADDRESS:
   P.O. Box 18137
5  Beverly Hills, CA 90209
   TEL:   (310) 860-9620
6  FAX:   (310) 860-9624
7  EMAIL: dross@rrhlaw.com

8  Attorneys for Petitioner
   HERGUAN UNIVERSITY, and
9  JERRY YUN FEI WANG

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  HERGUAN UNIVERSITY, and          )   Case No. CV 12-04364
    JERRY YUN FEI WANG               )
15                                   )
                                     )
16      Petitioners,                 )
                                     )
17      v.                           )   PETITIONER'S APPLICATION
                                     )   TO HEAR MOTION FOR
18                                   )   TEMPORARY RESTRAINING ORDER
                                     )
19  IMMIGRATION AND CUSTOMS          )
    ENFORCEMENT (ICE), AND STUDENT   )
20  AND EXCHANGE VISITOR PROGRAM     )
    (SEVP)                           )
21                                   )
        Respondents.                 )
22                                   )
                                     )
23  _____)

24

25                         INTRODUCTION

26

27      Comes now Petitioner, by and through his undersigned counsel, and respectfully requests

28  this Court to grant a temporary restraining order enjoining Respondents from requiring Petitioners

                                   - 4 -

1   to respond by September 1, 2012, to the Notice of Intent to Withdraw, and hold the said Notice of

2   Intent to Withdraw in abeyance until the criminal proceeding is completed. Furthermore, Petitioners

3   seek to have this Honorable Court enjoin SEVP from denying Petitioner WANG the right to

4
    continue operating as Petitioner's DSO with full access to his ID and Password, and from refusing
5
6   to complete the designation of Petitioner's two (2) other DSO applicants, Kalpana Wunnava and

7   Marylou Bernales.

8

9                                        **ARGUMENT**

10          Pursuant to Federal Rules of Civil Procedure 65, the standard for granting a temporary

11
    restraining order without written or oral notice to the adverse parties' attorney if it clearly
12
13  appears that immediate and irreparable harm will result to the moving party before the non-

14  moving party can be heard in opposition, and the moving party's attorney certifies to the court

15  the efforts made to give notice and reasons why notice should not be required.

16          Immediate and irreparable harm to Petitioner, the moving party, will occur if this

17
    Honorable Court does not grant his application for a Temporary Restraining Order.   Petitioner
18
19  is in immediate danger of losing its assets and experiencing the closure of its University.

20  Petitioner has foreign students enrolled in graduate studies programs and relies on its ability not

21  only to issue Respondents' I-20 forms permitting these foreign students to study but must

22  comply with SEVP and SEVIS regulations by constantly updating student and University

23  information through Respondents' I-17 SEVIS program. Regulations set forth at 8 C.F.R.

24  214.3(l)(ii) mandate that each school have at all times a Designated School Official (DSO) to

25
26  access the system.  Respondents have stopped Petitioners from accessing the system by denying

27  Mr. Wang use of his SEVP ID and Password.

28          On the other hand, no harm to the Respondents will result if a TRO is issued precluding

them from holding the I-17 Notice of Intent to Withdraw in abeyance and permitting WANG to operate as DSO with access to his ID and Password until such time as the issues raised by Petitioners can be heard. In balancing the equities of whether to grant the temporary restraining order, the equities tip sharply in Petitioners' favor.

Furthermore, Petitioners seek to enjoin Respondents from holding up the designation of Petitioner HERGUAN's two (2) other DSO's.

This court has jurisdiction of this action pursuant to 28 U.S.C. § 2201, et seq., 28 U.S.C. 1331, and 5 U.S.C. 701, et seq., and this action is timely under 28 U.S.C. § 2401. Venue is proper under 28 U.S.C. §1391(a) in that Petitioners are located in this District, and the violations complained of are occurring in this district.

## PRAYER FOR RELIEF

Petitioner respectfully requests this court:

a)      To grant Petitioner's Motion for Temporary Restraining Order and hold the Notice of Intent to Withdraw in abeyance and enjoin Respondents from proceeding further with the withdrawal process until criminal proceedings have been completed.

b)      To enjoin Respondents ICE and SEVP from denying Mr. Jerry Yun Fei Wang access and use of his SEVP ID and Password.

c)      To enjoin Respondents from denying DSO designation for Kalpana Wunnava and Marylou Bernales and from refusing to update Petitioner's SEVP information.

c)      To enter judgment in favor of Petitioner against Respondents and order Respondents to pay to Petitioner all attorney fees and costs incurred herein.

d)      To grant all other relief as law and justice may require and may be appropriate.

1   Respectfully Submitted,

2   Dated: August 17, 2012

3                                               DAVID L. ROSS
                                                Attorney for Petitioners
4

5

6                       **DECLARATION OF DAVID L. ROSS**

7

8   DAVID L. ROSS declares under penalty of perjury as follows:

9       1.    I am the attorney representing Petitioners, HERGUAN UNIVERSITY and

10            JERRY YUN FEI WANG in the matter of the I-17 Notice of Intent to Withdraw

11            and DSO operations.

12      2.    This Declaration is based upon my personal knowledge, information and belief.

13            If called as a witness and placed under oath, I could and would testify thereto.

14
        3.    I hereby attest that the facts set forth in Petitioner's Motion for Temporary
15
              Restraining Order are presented in Exhibits 1 - 4.
16
17      4.    I gave notice to opposing counsel of the filing of the Motion for Temporary

18            Restraining Order concurrent with the Motion for Temporary Restraining Order.

19

20  Executed under penalty of perjury this ___7_7_th___ day of August, 2012, at San Jose,

21
    California.
22

23

24
                                                DAVID L. ROSS, ESQ.
25

26

27

28

- 7 -