RECEIVED
AUG 20 2012
Richard W. [Wieking]
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERGUAN UNIVERSITY, and JERRY YUN FEI WANG<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), AND STUDENT AND EXCHANGE VISITOR PROGRAM (SEVP)<br><br>Respondents. | Case No. CV12-04364 HRL<br><br>*[PROPOSED]* ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

IT IS SO ORDERED that Petitioner's Motion for Temporary Restraining Order be granted. The terms of this order are as follows:

1) To grant Petitioner's Motion for Temporary Restraining Order and hold the Notice of Intent to Withdraw in abeyance and enjoin Respondents from proceeding further with the withdrawal process until criminal proceedings have been completed.

2) To enjoin Respondents ICE and SEVP from denying Mr. Jerry Yun Fei Wang access and use of his SEVP ID and Password.

3) To enjoin Respondents from denying DSO designation for Kalpana Wunnava and Marylou Bernales and from refusing to update Petitioner's SEVP information.

4) To enter judgment in favor of Petitioner against Respondents and order

Respondents to pay to Petitioner all attorney fees and costs incurred herein.

5) To grant other relief as follows: _____

_____

IT IS SO ORDERED.

Dated: _____

THE HONORABLE JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

I hereby declare that I served a copy of **Petitioner's Ex Parte Application to Hear Temporary Restraining Order; Notice of Temporary Restraining Order; Motion for Temporary Restraining Order; Declaration of David L. Ross, Esq., and [Proposed] Order** this ____ day of August, 2012 on the following person/entity by personal service:

United States Attorney's Office
Northern District of California
150 Almaden Blvd.  Suite 900
San Jose, CA 95113

Dated this 17th day of August, 2012

_____
DAVID L. ROSS