AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| HERGUAN UNIVERSITY and JERRY YUN FEI WANG | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. **CV12-04364** |
| IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) and SEVP | ) |
| *Defendant* | ) |

**HRL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) and SEVP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 2 0 2012

**Gordana Macic**

*Signature of Clerk or Deputy Clerk*