*E-FILED: August 20, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERGUAN UNIVERSITY and JERRY YUN FEI WANG,<br><br>         Plaintiff,<br><br>   v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) AND STUDENT AND EXCHANGE VISITOR PROGRAM (SEVP),<br><br>         Defendants. | No. C12-04364 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiffs have moved for a temporary restraining order. Because plaintiffs request immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiffs' application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: August 20, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-04364-HRL Notice has been electronically mailed to:

David Leonard Ross dross@rrhlaw.com