**United States District Court**
For the Northern District of California

1

2                              **\*E-FILED:  August 20, 2012\***

3

4

5

6

7                              NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   HERGUAN UNIVERSITY and JERRY YUN          No. C12-04364 HRL
     FEI WANG,
12                                             **ORDER THAT CASE BE REASSIGNED**
              Plaintiff,                       **TO A DISTRICT JUDGE**
13      v.

14   IMMIGRATION AND CUSTOMS
     ENFORCEMENT (ICE) AND STUDENT AND
15   EXCHANGE VISITOR PROGRAM (SEVP),

16            Defendants.
     _____/
17

18        Plaintiffs have moved for a temporary restraining order.  Because plaintiffs request

19   immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the

20   undersigned lacks jurisdiction to hear plaintiffs' application.  Accordingly, IT IS ORDERED

21   THAT the Clerk of the Court shall promptly reassign this case to a district judge.  See 28 U.S.C.

22   § 636.

23   Dated: August 20, 2012

24                              _____
                                HOWARD R. LLOYD
25                              UNITED STATES MAGISTRATE JUDGE

26

27

28

1   5:12-cv-04364-HRL Notice has been electronically mailed to:

2   David Leonard Ross dross@rrhlaw.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California